

| 2017AP249 | State v. Steve L. Trattner | Denied | 11/13/2017 |
| --- | --- | --- | --- |

| 2017AP1418–W | Timothy C. Hagberg, Sr. v. Martin J. DeVries | Denied | 11/13/2017 |
| --- | --- | --- | --- |
| 2017AP1473–W, 2017AP1474–W | Earnest Lee Nicholson v. Michael Meisner | Denied | 11/13/2017 |
| 2017AP1640–OA | Allen James Dean v. State | Denied | 11/13/2017 |
| 2017AP1704–W | Margaret Bach v. Honorable David L. Borowski | Denied | 11/13/2017 |
| 2017AP1730–W | Daniel K. Schmidt v. Chip Meister | Denied | 11/13/2017 |
| 2017AP1892–W | Margaret Bach v. Honorable David L. Borowski | Denied | 11/13/2017 |